No. 97–1286. ZEHNER v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1288. NATIONAL MEDICAL ENTERPRISES, INC. v. BLEASDELL. C. A. 9th Cir. Certiorari denied.

No. 97–1289. BARSCH ET UX. v. BRANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1291. SCHMIDT v. SHEET METAL WORKERS' NATIONAL PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1297. DeBORD ET UX., INDIVIDUALLY AND AS NEXT FRIENDS FOR DeBORD, MINOR v. BOARD OF EDUCATION OF THE FERGUSON-FLORISSANT SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1300. MCDONALD ET AL. v. HAMMONS, INDIVIDUALLY AND AS COMMISSIONER, NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1308. TEXAS LOTTERY COMMISSION ET AL. v. WENNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1311. BOURQUE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 97–1312. PEACE & LOVE, INC., ET AL. v. MARSHALL, DBA R. K. MARSHALL CONSTRUCTION. Ct. Civ. App. Okla. Certiorari denied.

No. 97–1316. PANDA-KATHLEEN, L. P. v. FLORIDA POWER CORPORATION ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–1319. CASSELLI v. CASSELLI. Ct. App. La., 5th Cir. Certiorari denied.

No. 97–1321. HOLLINGSWORTH & VOSE CO. v. HOROWITZ ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–1324. WASHINGTON v. SUMMERVILLE ET AL. C. A. 7th Cir. Certiorari denied.